## Smith *et al.* v. Oliver.

APPEAL from Chancery Court of Tallapoosa.
Heard before the Hon. J. R. DOWDELL.

THOS. L. BULGER, JAMES W. STROTHER and JOHN A. TERRELL, for appellant.

GARRETT & LACKEY, for appellee.

The bill in this case was filed by the appellee, S. J. Oliver, against the appellants; and prayed for the foreclosure of two certain mortgages described in said bill and made a part thereof as exhibits, and which were alleged to have been existing liens on the property conveyed therein at the time the defendant Rowe sold said property to the defendant Smith.

On the final submission of the cause on the pleadings and proof, the chancellor rendered a decree granting the relief prayed for. From this decree the defendants appeal and assign the rendition thereof as error.

The decree of the chancellor is affirmed.

Opinion by HARALSON, J.